

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

May 1, 1975

The Honorable Mike McKinnon
Chairman
Senate Subcommittee on Nominations
Texas State Senate
State Capitol
Austin, Texas 78711

Opinion No. H- 597

Re: Whether the current Board
of Regents of the University of
Texas System meets the statu-
tory requirement that members
be selected from different por-
tions of the State.

Dear Senator McKinnon:

You have requested our opinion concerning the legality of the composi-
tion of the present University of Texas Board of Regents.

In your request you note that the Board of Regents consists of two
members from Houston, two from Austin, and one member each from
Dallas, Ft. Worth, San Antonio, Weatherford and Stonewall. You ask
whether this geographical distribution violates section 65.12 of the Texas
Education Code, which provides in part:

> [T]he members shall be selected from different
> portions of the state.

In our view, this provision is entirely too general and ambiguous
to support a determination of illegality of the present geographical distribu-
tion. "Portion" is not defined and could mean one-ninth of the state or a
larger area. This section does not make residence in an identifiable area
a qualification for any particular place on the Board. Compare Tex. Const.
art. 16, sec. 14; V. T. C. S. Elec. Code, sec. 1.05. The word "portion" is
not modified by some reference to the size or location of each portion.
Compare, Diffie v. White, 184 S. W. 1065 (Tex. Civ. App. --Texarkana
1916, no writ). If the Legislature had intended geographical distribution
to be a basis for challenge to members after they have been selected, it

could easily have made residence in an identifiable area a qualification for a particular position on the Board. Accordingly, while section 65.12 may contemplate a more geographically diversified composition than that at present, we are unable to state as a matter of law that the Board of Regents of the University of Texas is illegally constituted.

### SUMMARY

The present composition of the University of Texas System Board of Regents is not as a matter of law violative of section 65.12 of the Education Code.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

lg